UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 6:16-cr-00254 |
| | * | 26 U.S.C. § 7201 |
| **VERSUS** | * | |
| | * | JUDGE WALTER |
| **LARRY J. THIBODEAUX** | * | MAGISTRATE JUDGE WHITEHURST |

<u>BILL OF INFORMATION</u>

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>
**26 U.S.C. § 7201**
**Attempt to Evade and Defeat Tax Venue in District of Filing**

On or about March 15, 2015, in the Western District of Louisiana, the defendant, LARRY J. THIBODEAUX, a resident of Duson, Louisiana, who during the calendar year 2014 was married, did willfully attempt to evade and defeat a substantial part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2014, by filing and causing to be filed with the Director, Internal Revenue Service Center at Austin, Texas, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse.  In that false return, it was stated that the joint taxable income of the defendant, LARRY J. THIBODEAUX, and his spouse for the calendar year was the sum of $229,638.00 and that the amount of tax due and owing thereon was the sum

of $42,350.00. In fact, as he then and there knew, their joint taxable income for the calendar year was the sum of $378,690.00, upon which joint taxable income there was owing the United States of America an income tax of $93,745.00.

In violation of Title 26, United States Code, Section 7201. [26 U.S.C. § 7201].

Respectfully submitted,

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

By: _____
DANIEL J. McCOY, La. Bar No. 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618